**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:

JOSE CORDOVA and NANCY PAVIC,

Debtor(s).

Chapter 7

Case No. 12-15054-NLW

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case on behalf of the Estate of Dominic Cuccinello, a secured creditor, and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon all parties identified below at the following address:

Reginald Jenkins, Jr., Esq.
Price, Meese, Shulman & D'Arminio, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Tel: (201) 391-3737
Fax: 201-391-9360
Email: rjenkins@pricemeese.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.**
Attorneys for Creditor,
the Estate of Dominic Cuccinello

By: */s/ Reginald Jenkins, Jr.*
Reginald Jenkins, Jr.

Dated: March 1, 2012